# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

Soeun KIM,

      *Petitioner*,                    **MOTION FOR EXTENSION OF TIME**

v.

Christopher J. DONELAN, in his official      **NO. 19 CV 12342-ADB**
capacity as Franklin County Sheriff,

      *Respondent*.

Petitioner Soeun Kim ("Mr. Kim"), by and through undersigned counsel, moves this Court for an order to extend the time to file a response to Respondent's Response to Petitioner's Writ of Habeas Corpus and Respondent's Motion to Dismiss. In support, Petitioner shows the following:

1. On November 13, 2019, Mr. Kim filed a petition for the writ of habeas corpus.

2. On December 12, 2019, Defendants filed a response and a motion to dismiss.

3. Also on December 12, 2019, Mr. Kim's U.S. Citizen wife, Theresa St. Pierre Kim, filed an I-130 petition for Mr. Kim, according him immediate relative status.

4. Accordingly, Mr. Kim is now a class member of the *Calderon Jimenez v. McAleenan* class action lawsuit in Massachusetts.

5. On December 20, 2019, Mr. Kim, through *Calderon* class counsel, filed a Motion for Immediate Interim Release and a Motion for Order to Show Cause.

6. On December 23, 2019, Judge Wolf issued an order directing the *Calderon* Defendants to report by December 24, 2019 either Mr. Kim's release from detention pending the resolution of the issues in his Motion for Order to Show Cause or to

respond to Mr. Kim's Motion for Immediate Interim Release. A hearing for the

Motion has been scheduled for December 27, 2019 if necessary. The court also

ordered that Mr. Kim remain detained in the jurisdiction unless the court orders

otherwise.

7. The time for filing Mr. Kim's response to Defendant's Motion to Dismiss has not yet

   expired.

8. This motion is not being made for the purpose of delay, but rather due to the motions

   filed and to be considered this week in the *Calderon* case that have affected Mr.

   Kim's detention.

9. Counsel for Respondent does not oppose this motion.


THEREFORE, Petitioner respectfully requests the Court for an order extending the time

to file a response by two business days from December 26, 2019 to December 30, 2019.


Dated: December 24, 2019
Boston, MA

                                        Respectfully submitted,


                                        /s/ Bethany Y. Li
                                        Bethany Y. Li, BBO # 673383
                                        Yun Tang, Law Graduate
                                        Greater Boston Legal Services
                                        197 Friend Street
                                        Boston, MA 02114
                                        (617) 603-1532
                                        BLi@gbls.org

**CERTIFICATE OF SERVICE**

I hereby certify that a true copy of the foregoing was served upon each party, via their attorney of record, via the ECF system on December 24, 2019.

/s/ Bethany Y. Li

_____

Bethany Y. Li