# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| Soeun KIM, *Petitioner*, v. Christopher J. DONELAN, in his official capacity as Franklin County Sheriff, *Respondent*. | **AMENDED MOTION FOR EXTENSION OF TIME** <br><br> No. 19 CV 12342-ADB |

Petitioner Soeun Kim ("Mr. Kim"), by and through undersigned counsel, moves this Court for an order to extend the time to file a response to Respondent's Response to Petitioner's Writ of Habeas Corpus and Respondent's Motion to Dismiss. In support, Petitioner shows the following:

1. On November 13, 2019, Mr. Kim filed a petition for the writ of habeas corpus.

2. On December 12, 2019, Defendants filed a response and a motion to dismiss.

3. Also on December 12, 2019, Mr. Kim's U.S. Citizen wife, Theresa St. Pierre Kim, filed an I-130 petition for Mr. Kim, according him immediate relative status.

4. Accordingly, Mr. Kim is now a class member of the *Calderon Jimenez v. McAleenan* class action lawsuit in Massachusetts.

5. On December 20, 2019, Mr. Kim, through *Calderon* class counsel, filed a Motion for Immediate Interim Release and a Motion for Order to Show Cause.

6. On December 23, 2019, Judge Wolf issued an order directing the *Calderon* Defendants to report by December 24, 2019 either Mr. Kim's release from detention pending the resolution of the issues in his Motion for Order to Show Cause or to

respond to Mr. Kim's Motion for Immediate Interim Release. A hearing for the Motion has been scheduled for December 27, 2019 if necessary. The court also ordered that Mr. Kim remain detained in the jurisdiction unless the court orders otherwise.

7. On December 24, 2019, Judge Wolf ordered that ICE release Mr. Kim and vacated the order for a stay of removal. The temporary restraining order is in place until January 8, 2020 with the possibility of extension to January 17, 2020.

8. On December 24, 2019, ICE released Mr. Kim and granted scheduled a next check in for January 15, 2020.

9. The time for filing Mr. Kim's response to Defendant's Motion to Dismiss has not yet expired.

10. This motion is not being made for the purpose of delay, but rather to allow counsel time to discuss a resolution of this case given how the *Calderon* case has affected Mr. Kim's detention.

11. Counsel for Respondent does not oppose this motion.

THEREFORE, Petitioner respectfully requests the Court for an order extending the time to file a response January 7, 2020.

Dated: December 26, 2019
Boston, MA

                                        Respectfully submitted,

                                        /s/ Bethany Y. Li
                                        Bethany Y. Li, BBO # 673383
                                        Yun Tang, Law Graduate
                                        Greater Boston Legal Services
                                        197 Friend Street
                                        Boston, MA 02114
                                        (617) 603-1532
                                        BLi@gbls.org

**CERTIFICATE OF SERVICE**

I hereby certify that a true copy of the foregoing was served upon each party, via their attorney of record, via the ECF system on December 26, 2019.

/s/ Bethany Y. Li

_____

Bethany Y. Li