UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

Soeun KIM,

    *Petitioner*,

v.

Christopher J. DONELAN, in his official capacity as Franklin County Sheriff,

    *Respondent*.

SECOND MOTION FOR EXTENSION OF TIME

NO. 19 CV 12342-ADB

Petitioner Soeun Kim ("Mr. Kim"), by and through undersigned counsel, moves this Court for an order to extend the time to file a response to Respondent's Response to Petitioner's Writ of Habeas Corpus and Respondent's Motion to Dismiss. In support, Petitioner shows the following:

1. On November 13, 2019, Mr. Kim filed a petition for the writ of habeas corpus.

2. On December 12, 2019, Defendants filed a response and a motion to dismiss.

3. Also on December 12, 2019, Mr. Kim's U.S. Citizen wife, Theresa St. Pierre Kim, filed an I-130 petition for Mr. Kim, according him immediate relative status.

4. Accordingly, Mr. Kim is now a class member of the *Calderon Jimenez v. McAleenan* class action lawsuit in Massachusetts.

5. On December 20, 2019, Mr. Kim, through *Calderon* class counsel, filed a Motion for Immediate Interim Release and a Motion for Order to Show Cause.

6. On December 23, 2019, Judge Wolf issued an order directing the *Calderon* Defendants to report by December 24, 2019 either Mr. Kim's release from detention pending the resolution of the issues in his Motion for Order to Show Cause or to respond to Mr. Kim's Motion for Immediate Interim Release.

1

7. On December 24, 2019, Judge Wolf ordered ICE to release Mr. Kim and vacated the order for a stay of removal. The temporary restraining order is in place until January 8, 2020 with the possibility of extension to January 17, 2020.

8. On December 24, 2019, ICE released Mr. Kim and scheduled a next check in for January 15, 2020.

9. On December 26, 2019, Mr. Kim filed a motion for extension of time in this case.

10. On January 2, 2020, this Court granted Mr. Kim's motion for an extension of time to January 7, 2020.

11. Mr. Kim, through his counsel in the *Calderon* case, is currently negotiating a settlement, including with respect to a resolution of this case.

12. The time for filing Mr. Kim's response to Defendant's Motion to Dismiss has not yet expired.

13. This motion is not being made for the purpose of delay, but rather to allow counsel additional time to resolve this case.

14. Counsel for Respondent does not oppose this motion.

THEREFORE, Petitioner respectfully requests the Court for an order extending the time to file a response January 14, 2020.

Dated: January 7, 2020
Boston, MA

Respectfully submitted,

/s/ Bethany Y. Li
Bethany Y. Li, BBO # 673383
Yun Tang, Law Graduate
Greater Boston Legal Services
197 Friend Street
Boston, MA 02114
(617) 603-1532
BLi@gbls.org

**CERTIFICATE OF SERVICE**

I hereby certify that a true copy of the foregoing was served upon each party, via their attorney of record, via the ECF system on January 7, 2020.

/s/ Bethany Y. Li

_____
Bethany Y. Li