UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

Soeun KIM,

    *Petitioner*,

v.

Christopher J. DONELAN, in his official
capacity as Franklin County Sheriff,

    *Respondent*.

Civil Action No. 19-cv-12342-ADB

**NOTICE OF VOLUNTARY DISMISSAL**

Petitioner Soeun Kim, by his undersigned counsel, gives notice that he voluntarily dismisses his petition for habeas corpus relief, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i).

Mr. Kim was detained by Immigration and Customs Enforcement (ICE) on March 20, 2019. On November 13, 2019, Mr. Kim filed a petition for a writ of habeas corpus. On December 12, 2019, Respondent filed a response and a motion to dismiss. While trying to resolve this case, Mr. Kim filed two unopposed motions for extension of time, which the Court granted. On December 24, 2019, ICE released Mr. Kim from custody upon the Memorandum and Order in a separate matter before this Court, Jimenez v. Wolf, Civ. No. 10225-MLW (D. Mass. Dec. 24, 2019). On or around January 8, 2020, ICE and Mr. Kim agreed to the terms of his release. Mr. Kim now seeks to dismiss his petition.

Dated: January 14, 2020
      Boston, MA

Respectfully submitted,

/s/ Bethany Y. Li
Bethany Y. Li, BBO # 673383
Greater Boston Legal Services
197 Friend Street
Boston, MA 02114
(617) 603-1532
BLi@gbls.org

## CERTIFICATE OF SERVICE

I hereby certify that a true copy of the foregoing was served upon each party, via their attorney of record, via the ECF system on January 14, 2020.

/s/ Bethany Y. Li
_____
Bethany Y. Li